**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------x
:
: Case No. 14-11192 (SCC)
CD STORES, LLC, et al.,                :
: Chapter 11
:
Debtors.             : (Jointly Administered)
---------------------------------------------x

**CLOSING REPORT IN CHAPTER 11 CASES**

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception): $75,328.00 in fees; $11,403.52 in expenses.

__$75,328.00__ FEE for ATTORNEY for DEBTOR

__N/A__ OTHER PROFESSIONAL FEES and ALL EXPENSES

---

__N/A__ TRUSTEE FEE (if applicable)

__N/A__ FEE for ATTORNEY for TRUSTEE (if applicable)

---

__10__ % DIVIDEND PAID

__N/A__ FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined)

---

__YES__ INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

_____ OTHER: (explain)

---

DATE: September 15, 2014          APPLICANT
                                  BY: ███████████
                                  John D. Elmer, CFO and COO of
                                  CD Stores, LLC, et al.

SPG/1600864.1/063881